IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES BARANOWSKI,<br>　　　　Plaintiff | : | NO. 10-CV-1853 |
| v. | : | (Judge Nealon) |
| NATIONAL ASSET RECOVERY<br>SERVICES, INC.,<br>　　　　Defendant | : | |

## ORDER

**NOW**, this 12TH day of OCTOBER, 2010, upon consideration of Plaintiff's Notice of Dismissal, (Doc. 5), **IT IS HEREBY ORDERED THAT:**

1. The action is **DISMISSED** with prejudice; and

2. The Clerk of Courts is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**United States District Judge**

